# Order

Michigan Supreme Court
Lansing, Michigan

March 5, 2012

143914 & (18)(19)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                              SC: 143914
                                              COA: 303223

ROBERT WINBURN,
      Defendant-Appellant.

                                              Wayne CC: 91-007478-FC

_____/

      On order of the Court, the motion for expedited consideration is GRANTED. The application for leave to appeal the August 31, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to draw inferences and the motion for peremptory reversal are DENIED.

      MARKMAN, J., not participating for the reasons set forth in his December 7, 2011 statement in this case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2012

_____
Clerk

y0227